FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10517 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-01277-GMS |
| v. | |
| EDUARDO MUNOZ-MEDINA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted September 10, 2012[**]

Before:      WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Eduardo Munoz-Medina appeals from his guilty-plea conviction and

22-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Munoz-Medina's counsel

has filed a brief stating there are no grounds for relief, along with a motion to

_____

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withdraw as counsel of record.  We have provided Munoz-Medina with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

11-10517